1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | Case No. CV 18-01984-AB (DFMx) |

11

Yma Ramirez

12

Plaintiff,    ORDER DISMISSING CIVIL ACTION

13

v.

14

Saint Johns Health Center Providence
Health and Services et al

15

Defendants.

16
17
18

THE COURT having been advised by Defendant Crothall Healthcare Inc. that the above-entitled action has been settled;

19
20

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

21
22
23
24
25

Dated: August 13, 2019    _____

26

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

27
28